IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:05-cv-264-WKW |
| ) | |
| JAMES DELOACH, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 11) in this action, to which no objections have been filed. Upon an independent review of the file in this action and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 11) is ADOPTED;

2. The Petition (Doc. # 1) for habeas corpus relief is DENIED; and

3. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 12th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE